RECEIVED

FEB 21 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ALASKA**<br><br>**PETITION FOR**<br>**WRIT OF *HABEAS CORPUS***<br>**[28 U.S.C. § 2254]** | **COURT USE ONLY**<br><br><br><br><br>3:06-CV-00037 TMB |

**Name:** Louis David Hastings     **Prisoner No.** 001200

**Place of Confinement:**

CCA Florence Correctional Center
P.O. Box 6200
Florence, AZ  85232

**Name of Petitioner** (include name under which convicted)

Louis D. Hastings

**Respondent** (authorized person having custody of petitioner **not the State of Alaska**)

Warden Frank Luna

**V.**

## PETITION

1.  **Name and location of the court that entered the judgment of conviction under attack:**

    Anchorage Superior Court, Anchorage Alaska

    825 W. 4th Avenue, Anchorage, AK  99501

2.  **Date of Judgment of Conviction:**     August 14th, 1984

    **Case Number**  3ANS-83-1300 Cr

3.  **What was your Plea? (Check one)**

    Guilty ☐     Not Guilty ☐     Nolo Contendere ☒

    a.  **If you entered a guilty plea to one count of the indictment and a not guilty plea to another count give details:** _____

_____

_____

_____

b.  If you entered a plea of guilty under a plea bargain agreement state the terms and conditions of the

agreement: _____

_____

_____

_____

4.  Were you sentenced on more than one count of an indictment, in the same court at the same time?

Yes ☒  No ☐

5.  What was (were) the count(s) of which you were convicted? (All Counts) _____

   I and VIII: Attempted Murder 1°

   II through VII: Murder 1°

_____

6.  Type of Trial (Check one only)  Jury ☐  Judge Only ☐

7.  Did you testify at trial?  Yes ☐  No ☐

8.  Length of sentence    634 Years

9.  Do you have any **future state court sentence** to serve after you complete the sentence imposed by

the judgment under attack?  Yes ☐  No ☒

If "yes," you must add the state's Attorney General as an additional respondent. If you have a sentence to be
served now or in the future under a **federal judgment** that you wish to attack, you should file a motion under 28
U.S.C. § 2255, in the federal court that entered the judgment.

a.  **If yes, give the name and location of the court that imposed the sentence to be served in the future:**

_____

b.  Length of sentence _____    Date to begin _____

c.  Have you filed, or do you contemplate filing, any petition attacking the judgment that imposed the

sentence to be served in the future?  Yes ☐  No ☐

10.    Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐  No ☒

   a.  If yes, Docket No. (if you know)   _____

   b.  Result: _____

                 _____

   c.  Date of Result: _____

   d.  Case Citation (if you know)  _____

   e.  Grounds raised: _____

                 _____

                 _____

                 _____

                 _____

*CAUTION: In order to proceed in federal court, you must first exhaust your state court remedies as to each ground on which you request action by the federal court. You are cautioned that there is a one-year limitations period in which to file a habeas petition in federal court, and that a petition brought under § 2254 will be dismissed if not brought within that period, unless there are "extraordinary circumstances" beyond your control that made it impossible to file your petition on time. The one year limitations period is tolled (suspended) during any state court post-conviction proceedings.[1/] If you file a petition in federal court before you have fully exhausted your claim(s) in state court, the federal petition will not toll the statute of limitations.*

_____

[1/] 28 U.S.C. § 2244(d)(1): A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

    (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

11.  If your judgment of conviction became final over one year ago, explain why the one-year statute of limitations does not bar your petition: _____

_____

_____

_____

_____

_____

_____

_____

_____

**GROUNDS FOR RELIEF**

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. You may also have grounds that are not listed here. Do not check any of these listed grounds. If you select any of these grounds for relief, you must allege **facts**. The petition will be returned to you if you merely check specific grounds.

a.  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with an understanding of the nature of the charge and the consequences of the plea.

b.  Conviction obtained by use of coerced confession.

c.  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d.  Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

e.  Conviction obtained by a violation of the privilege against self-incrimination.

f.  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

g.  Conviction obtained by a violation of the protection against double jeopardy.

h.  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

i.  Denial of effective assistance of counsel.

j.  Denial of right of appeal.

**State each ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize *briefly and concisely* the facts supporting each ground. If you claim more than three grounds, make copies of blank pages 5 - 6, and attach those pages stating additional grounds and *facts* that support those grounds. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a future action.**

12.    **Ground 1 (a – j)** ___    (just one), or other:  Denial of due process
_____

**Supporting FACTS** (State *briefly*, without citing cases or law)        My appeal claimed
ineffective assistance of counsel.  The Appellate Court
remanded for an evidentiary hearing.  I attempted to recuse
the judge that was assigned.  The judge ruled the recusal
invalid and held the hearing over my objection.  I instructed
my attorney not to participate; we brought no witnesses and
did not cross-examine the state's witnesses, to avoid seeming
to accept that judge's jurisdiction over the hearing.  The
recusal was later found valid by the Appellate Court, but no
new hearing was ordered until I requested it in 1996. (Cont'd)

13.    **Exhaustion of state court remedies regarding Ground 1:**

☐    **Direct Appeal:**

a.    Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes ☐  No ☒  Result: _____

Case No. _____    Date of Decision: _____

If no, why not?  Error occurred during consideration of direct appeal.
_____

b.    Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes ☐  No ☒  Result: _____

Case No. _____    Date of Decision: _____

If no, why not?   Used petition for post-conviction relief.
_____

☐    **Post-Conviction:**

c.    Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes ☒  No ☐  Name of Court: Alaska Court of Appeals

Case No.  A-8594 _____    Date Petition Filed   2 Oct 2003

**CONTINUATION OF APPEAL GROUND 1**, item 12 on Page 5 of 12:

The superior court found that I did not establish a prima facie case, in spite of affidavits from assistant trial counsel and expert witnesses that contradicted the affidavit of my trial attorney. These indicated trial counsel could have presented a diminished capacity defense, which is exculpatory, rather than an insanity plea, which does not exculpate under Alaska law. The court reached its' conclusion without a hearing to resolve the conflicts in affidavits.

Did you receive an evidentiary hearing?  Yes ☐  No ☒

Result  Denial of hearing affirmed    Date of Result: 12 Jan 2005

If you did not raise this issue, why not? _____

_____

d.  Did you appeal *this issue* to the Alaska Court of Appeals?  Yes ☒  No ☐

Result: See above _____

Case No._____    Date of Result: _____

If no, Why not? _____

_____

e.  Did you appeal *this issue* to the Alaska Supreme Court?  Yes ☒  No ☐

Result:  Petition for Review Denied _____

Case No. S-11804 _____    Date of Result:   24 Aug 2005

If no, Why not? _____

_____

☐    **Other Proceedings:**

f.  Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?  Yes ☐  No ☒

If yes, explain: _____

_____

_____

_____

14.    **Ground 2 (a – j)  e**  (just one), or other: _____

↙ VOID ↘  (DIFFERENT CASE)

**Supporting FACTS** (State *briefly*, without citing cases or law)    My trial attorney allowed

unMirandized statements made to psychiatrists in a competency

exam to be used as aggravating factors in sentencing, without

objection, as well as to establish guilt

_____

_____
_____
_____
_____
_____

15.  **Exhaustion of state court remedies regarding Ground 2:**

☐  **Direct Appeal:**                                    *VOID — DIFFERENT CASE*

a.  Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes ☒  No ☐  Result:  Ruled that trial attorney ~~forfeited privilege~~ XXXXXXXXXXXXXXXXXXXXXXX

Case No. 3ANS-83-1300 Cr  Date of Decision: 12 Jan 2004

If no, why not?  _____

_____

b.  Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes ☒  No ☐  Result:  _____

Case No._____  Date of Decision:  _____

If no, why not?  _____

_____

☐  **Post-Conviction:**

c.  Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes ☐  No ☐  Name of Court:  _____

Case No._____  Date Petition Filed  _____

Did you receive an evidentiary hearing?  Yes ☐  No ☐

Result  _____  Date of Result:  _____

If you did not raise this issue, why not?  _____

_____

d.  Did you appeal *this issue* to the Alaska Court of Appeals?  Yes ☐  No ☐

Result:  _____

Case No._____  Date of Result:  _____

If no, Why not? _____

_____

e.  Did you appeal *this issue* to the Alaska Supreme Court?   Yes ☐  No ☐

Result: _____

Case No. _____   Date of Result: _____

If no, Why not? _____

_____

☐    **Other Proceedings:**

f.  Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?   Yes ☐  No ☐

If yes, explain: _____

_____

_____

_____

16.   **Ground 3 (a – j)** ____   (just one), or other: _____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

17. **Exhaustion of state court remedies regarding Ground 3:**

☐ **Direct Appeal:**

a. Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes ☐ No ☐ Result: _____

Case No. _____ Date of Decision: _____

If no, why not? _____

_____

b. Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes ☐ No ☐ Result: _____

Case No. _____ Date of Decision: _____

If no, why not? _____

_____

☐ **Post-Conviction:**

c. Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes ☐ No ☐ Name of Court: _____

Case No. _____ Date Petition Filed _____

Did you receive an evidentiary hearing? Yes ☐ No ☐

Result: _____ Date of Result: _____

If you did not raise this issue, why not? _____

_____

d. Did you appeal *this issue* to the Alaska Court of Appeals? Yes ☐ No ☐

Result: _____

Case No. _____ Date of Result: _____

If no, Why not? _____

_____

e. Did you appeal *this issue* to the Alaska Supreme Court? Yes ☐ No ☐

Result: _____

Case No. _____ Date of Result: _____

If no, Why not? _____

_____

☐    **Other Proceedings:**

f.  Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?    Yes ☐ No ☐

If yes, explain: _____

_____

_____

_____

18.  Have *all grounds* raised in this petition been presented to the highest state court having jurisdiction?

Yes ☒ No ☐

a.  If no, which grounds have not been presented? _____

_____

b.  Explain reasons for not presenting grounds: _____

_____

_____

**Attach a copy the highest state court written decision(s) regarding this conviction.**

If you have not attached copies of your state court written decision(s), why not? _____

_____

_____

## SUCCESSIVE PETITIONS

19.  Is this the first *federal* petition for writ of *habeas corpus* challenging this conviction?    Yes ☒ No ☐

a.  If no, in what court was the prior action filed? _____

_____    **Case No.** _____

b.  Was the prior case: (Check one)   Denied on the merits ☐  or Dismissed on procedural grounds ☐

c.  Date of decision    _____

d.  Are there any issues raised in this petition that were raised in the prior petition?    Yes ☐ No ☐

e.  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to

file this successive petition?    Yes ☐ No ☐

If yes, please attach a copy of the order.    Attached?  Yes ☐ No ☐

### *** YOU MUST OBTAIN PERMISSION BEFORE FILING YOUR SUCCESSIVE PETITION. ***

20.    Give the name and address, if known, of each attorney who represented you in the following stages of the judgment being attacked:

a.  Preliminary Hearing    John Salemi
                           Address unknown; outside Alaska


b.  Trial    John Salemi



c.  Sentencing    John Salemi



d.  Appeal    Pamela Cravez; address unknown: David Grashin; address
    unknown: Benjamin Wood; address unknown: Linda S. Thomas;
    P.O. Box 353324, Palm Coast, Florida  32135

e.  Post-conviction Proceeding    Combined with appeal; see above



f.  Appeal from adverse ruling in Post-Conviction Proceeding    Linda S. Thomas
    P.O. Box 353324, Palm Coast, Florida  32135


21.    Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action?    Yes ☒ No ☐

If yes, state the name of the court and the nature of the proceedings: _____

Alaska Supreme Court; appeal deriving from re-sentencing

held  6 Feb 2004

_____

_____

_____

_____

Date you are mailing (or handing to correctional officer) this petition to the Court: _____

    WHEREFORE, petitioner prays that the Court grant petitioner such relief to which petitioner is entitled in this federal petition for writ of habeas corpus under 28 U.S.C. § 2254 by a person in state custody.

_____    _____
Signature of Petitioner    Signature of Attorney (if any)

_____    _____
(Signature of person who prepared this petition, if not    Typewritten/Printed Name of Attorney
Petitioner)

Address of Attorney:
_____
Typewritten/Printed Name of Person who prepared this    _____
petition

Address of Person who Prepared Petition:    _____

P.O. Box 6200

Florence, AZ  85232

**DECLARATION UNDER PENALTY OF PERJURY**

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury.  I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at:   _FLORENCE, ARIZONA_    Date: _7 FEB 2005_
    Location where signed

_____    _001200_
Signature of Petitioner    Inmate Number