M-402

# In the Supreme Court of the State of Alaska

RECEIVED
FEB 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Louis D. Hastings, )
　)   Supreme Court No. S-11804
　　Petitioner, )
　)
v. )   **Order**
　)   Petition for Hearing
State of Alaska, )
　)
　　Respondent. )   Date of Order: 8/4/05
_____ )

3:06-cv-00037 TMB

Trial Court Case # 3AN-96-04823CI
Court of Appeals # A-8594

Before: Bryner, Chief Justice, and Matthews, Eastaugh, and Carpeneti, Justices. [Fabe, Justice, not participating.]

On consideration of the Petition for Hearing filed on 3/28/05, and the response filed on 5/27/05,

**IT IS ORDERED**:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

　　　　　　　　　　　　　　Clerk of the Appellate Courts

　　　　　　　　　　　　　　/s/ Marilyn May
　　　　　　　　　　　　　　Marilyn May

cc: Supreme Court Justices
　　COA Judges
　　Judge Bolger
　　Central Staff
　　Trial Court Clerk - Anchorage

RECEIVED
AUG 08 2005

Distribution:

Linda S Thomas
Attorney At Law
P O Box 353324
Palm Coast FL 32135

Michael S McLaughlin
OSPA
310 K Street # 308
Anchorage AK 99501