# NOTICE OF NON-COMPLIANCE WITH RULES
U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Louis David Hastings  
CCA Florence Corr Center  
POB 6200, Florence, AZ 85232

Case Number: 3:06-CV-00037 TMB  
Case Title: Hastings v Luna  
Docket No: _____

Document Title: See below

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

**LR 3.1 Papers to Accompany Filing**  
X (a) Cover Sheet missing  
___ OTHER (see comments)

**LR 10.1 Form of Pleading**  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

***

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

**FRCP 5(d) Serving & Filing Pleadings and Other Papers**  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  
___ Pursuant to Court Order  
___ OTHER (see comments)

**28:1914(a) Filing Fee**  
___ Returned for Filing Fee or waiver of fees

**FRCP 10 Form of Pleading**  
___ (a) Returned Complaint - Names of Parties not listed

***

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

**LR 10.1 Form of Pleading**  
X (e) First page information missing (see comments below)  
___ (f) Document is not signed  
X OTHER (see comments)

**LR 5.1 Proof of Service**  
___ No proof of service on the document filed

***

Comments: The petition for writ of Habeas Corpus, motion for appointment of counsel, financial affidavit, application to proceed in forma pauperis all of these pleadings were copies no original signatures on any, please provide the court original signatures. Motion for appt of counsel defendant not listed in case caption.

Name: Amy    Date: 2-22-06

Distribution:  
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004