Date: Jan. 30, 2006

Prisoner Name: Hastings, Louis

Number: 001200

RE: Prisoner FCC Funds Accounts Statements

RECEIVED
FEB 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3:06-CV-00037 TMB

Issued under the authority of Alaska Statue (A.S.) 09.19.010 (b)(2), the certified copies of your prisoner account statements you requested for the time period of

July 2005 Through Jan. 2006

are enclosed.

Additionally, in response to A.S. 09.19.010(d), the following is provided:

} The average monthly deposit for the period indicated above was 116.15

and 20% of this amount equeals 23.23

} The average balance for the time period indicated above was 154.89

and 20% of this amount equals 30.98

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, and you are requesting a filing fee exemption, you should submit this memorandum and enclosure to the court.

If you have any questions on this information, please contact Finance Officer, Paul MacKinnon at Division of Administrative Services, Alaska Department of Corrections, PO Box 112000, Juneau, AK 99811-2000

_____          1/30/06
Inmate Accts. Clerk/FCC              Date

cc: Officer of Attorney General          Director of Institutions
    P.O. Box 100300                      Department of Corrections
    Juneau, AK 99811                     4500 Diplomacy Drive
                                         Anchorage, AK 99508

# Inmate Account Summary Report
## Florence Correctional Center

Today's Date: 01/29/2006

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HASTINGS | MADELYN | | | 78928 |

| Trans Date/Time | Trans Type | Authorizing Employee | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/2005 13:24 | Withdrawal | MCLEMO | -20.00 | PT | | PHONE TIME | 8.10 | 0.00 | 846273 | |
| | | | | | | Document Locator Number: | | | | |
| 04/29/2006 09:01 | Deposit | SWALKE | 100.00 | MO | | MADELYN HASTINGS | 108.10 | 0.00 | 850922 | |
| | | | | | | Document Locator Number: | | | | |
| 05/03/2005 08:52 | Withdrawal | DPARMA | -8.03 | CO | | COMMISSARY SUMMARY POSTING | 100.07 | 0.00 | 856154 | |
| | | | | | | Document Locator Number: | | | | |
| 05/17/2005 15:16 | Withdrawal | DPARMA | -17.71 | CO | | COMMISSARY SUMMARY POSTING | 82.36 | 0.00 | 890829 | |
| | | | | | | Document Locator Number: | | | | |
| 06/01/2005 10:21 | Withdrawal | MCLEMO | -10.00 | PT | | PHONE TIME | 72.36 | 0.00 | 917325 | |
| | | | | | | Document Locator Number: | | | | |
| 06/06/2005 13:48 | Withdrawal | TGARCI | -68.90 | MA | 34877 | WALKENHORSTS | 3.46 | 0.00 | 930038 | |
| | | | | | | Document Locator Number: | | | | |
| 06/13/2005 15:21 | Withdrawal | DPARMA | -2.38 | CO | | COMMISSARY SUMMARY POSTING | 1.08 | 0.00 | 947550 | |
| | | | | | | Document Locator Number: | | | | |
| 06/24/2005 09:43 | Deposit | KMCCAR | 100.00 | MO | | MAIL | 101.08 | 0.00 | 971973 | |
| | | | | | | Document Locator Number: | | | | |
| 06/27/2005 09:32 | Withdrawal | LTROSE | -25.74 | CO | | COMMISSARY SUMMARY POSTING | 75.34 | 0.00 | 977207 | |
| | | | | | | Document Locator Number: | | | | |
| 07/07/2005 09:11 | Withdrawal | MCLEMO | -50.00 | PT | | PHONE TIME | 25.34 | 0.00 | 996414 | |
| | | | | | | Document Locator Number: | | | | |
| 08/11/2005 10:30 | Withdrawal | CAGUIR | -23.40 | OT | | Native Culture Fundraiser Sale | 1.94 | 0.00 | 1004234 | |
| | | | | | | Document Locator Number: | | | | |
| 08/12/2005 08:50 | Withdrawal | MONT26 | -1.85 | CO | | COMMISSARY SUMMARY POSTING | 0.09 | 0.00 | 1014296 | |
| | | | | | | Document Locator Number: | | | | |
| 08/10/2005 08:10 | Deposit | DWRIGH | 200.00 | MO | | MAIL | 200.09 | 0.00 | 1084645 | |
| | | | | | | Document Number: | | | MADELYN HASTING | |

RECEIVED FEB 2 1 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

# Inmate Account Summary Report
## Florence Correctional Center

Today's Date: 01/30/2006  
Page 6 of 8

Last Name: HASTIES  
First Name: LOUIS  
Middle Name:  
Affix:  
Booking#: 78928

| Date/Time | Trans Type | Authorizing Employee | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/2005 08:32 | Withdrawal | MCLEMO | -50.00 | PT | | Phone Time | 150.09 | 0.00 | 1112030 | |
| 08/22/2005 11:01 | Withdrawal | MONT26 | -60.03 | CO | | COMMISSARY SUMMARY POSTING Document Locator Number: | 90.06 | 0.00 | 1121303 | |
| 08/24/2005 10:18 | Withdrawal | TGARCI | -4.00 | AC | | MEDICAL CO-PAY DOS:7/05/05 Document Locator Number: | 86.06 | 0.00 | 1129049 | |
| 08/24/2005 10:18 | Withdrawal | TGARCI | -4.00 | MD | | MEDICAL/PRESCRIPTION DOS:7/05/0 Document Locator Number: | 82.06 | 0.00 | 1129050 | |
| 08/24/2005 13:25 | Withdrawal | TGARCI | -50.04 | MA | 36882 | UNION SUPPLY CO Document Locator Number: | 32.02 | 0.00 | 1130378 | |
| 08/01/2005 09:54 | Withdrawal | CAGUIR | -10.00 | OT | | AK Native Group Fundraiser-Burgers Document Locator Number: | 22.02 | 0.00 | 1141145 | |
| 09/06/2005 15:41 | Withdrawal | MONT26 | -13.24 | CO | | COMMISSARY SUMMARY POSTING Document Locator Number: | 8.78 | 0.00 | 1161799 | |
| 09/12/2005 08:27 | Deposit | DWRIGH | 20.00 | MO | | MAIL Document Locator Number: | 28.78 | 0.00 | 1173385 | |
| 09/19/2005 11:06 | Withdrawal | MONT26 | -13.80 | CO | | COMMISSARY SUMMARY POSTING Document Locator Number: | 14.98 | 0.00 | 1198592 | |
| 09/21/2005 08:24 | Deposit | MONT26 | 9.24 | MO | | M GUNN Document Locator Number: | 24.22 | 0.00 | 1204643 | |
| 10/17/2005 10:24 | Deposit | KMCCAR | 200.00 | MO | | MAIL Document Locator Number: | 208.31 | 0.00 | 1284328 | |
| 08/04/2005 08:45 | Withdrawal | DPARMA | -15.91 | CO | | COMMISSARY SUMMARY POSTING Document Locator Number: | 8.31 | 0.00 | 1243967 | |
| 10/17/2005 10:24 | Withdrawal | KMCCAR | -36.66 | CO | | COMMISSARY SUMMARY POSTING Document Locator Number: | 171.65 | 0.00 | 1290063 | |
| 10/17/2005 13:34 | Withdrawal | DPARMA | | | | COMMISSARY SUMMARY POSTING Document Locator Number: | | | | |

RECEIVED FEB 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

Today's Date: 01/30/2006

# Inmate Account Summary Report
## Florence Correctional Center

Page 7 of 8

| Last Name | First Name | Middle Name | Booking# |
|---|---|---|---|
| HASTINGS | DWIGHT LOUIS | | 78928 |

| Trans Date/Time | Type | Amount | Code | Check# / Affix | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/2005 13:26 | Withdrawal | -30.00 | PT | | PHONE TIME | 141.65 | 0.00 | 1302389 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 10/25/2005 08:39 | Withdrawal | -79.90 | MA | 38093 | WALKENHORSTS | 61.75 | 0.00 | 1315914 | |
| Authorizing Employee: ANCHORABROORD | | | | | Document Locator Number: | | | | |
| 11/01/2005 13:52 | Withdrawal | -8.03 | CO | | COMMISSARY SUMMARY POSTING | 53.72 | 0.00 | 1339833 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 11/14/2005 13:18 | Withdrawal | -45.24 | CO | | COMMISSARY SUMMARY POSTING | 8.48 | 0.00 | 1384443 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 11/16/2005 10:34 | Deposit | 24.99 | MO | | WALKENHORST | 33.47 | 0.00 | 1393721 | |
| Authorizing Employee: JVIVAS | | | | | Document Locator Number: 112061 | | | | |
| 12/01/2005 07:10 | Withdrawal | -2.80 | CO | | COMMISSARY SUMMARY POSTING | 30.67 | 0.00 | 1445143 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 12/02/2005 08:21 | Deposit | 400.00 | MO | MAIL | | 430.67 | 0.00 | 1447496 | |
| Authorizing Employee: JVIVAS | | | | | Document Locator Number: 0868505392 | | | | |
| 12/07/2005 10:43 | Deposit | 50.00 | MO | MAIL | MAUDE GUNN | 480.67 | 0.00 | 1464123 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |
| 12/08/2005 10:31 | Withdrawal | -50.00 | PT | | PHONE TIME | 430.67 | 0.00 | 1470285 | |
| Authorizing Employee: KBRADY | | | | | Document Locator Number: | | | | |
| 12/13/2005 11:21 | Withdrawal | -68.93 | CO | | COMMISSARY SUMMARY POSTING | 361.74 | 0.00 | 1490106 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 02/21/2005 12:06 | Deposit | 25.00 | MO | MAIL | PHILLIP SHALTO | 386.74 | 0.00 | 1521464 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |
| 02/26/2005 15:47 | Withdrawal | -21.80 | CO | | COMMISSARY SUMMARY POSTING | 364.94 | 0.00 | 1537649 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 01/05/2006 10:22 | Withdrawal | -50.00 | PT | | phone time | 314.94 | 0.00 | 1570884 | |
| Authorizing Employee: KBRADY | | | | | Document Locator Number: | | | | |

RECEIVED FEB 21 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

# Inmate Account Summary Report
## Florence Correctional Center

Today's Date: 01/30/2006

Page 8 of 8

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HASTINGS | ALA LOUIS | | | 78928 |

| Trans Date/Time | Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/2006 14:10 | Withdrawal | -10.70 | OT | | AK Native Culture Fundraiser | 304.24 | 0.00 | 1562118 | |

Document Locator Number:
Authorizing Employee: CAGUIR

| 01/11/2006 06:30 | Withdrawal | -15.81 | CO | | COMMISSARY SUMMARY POSTING | 288.43 | 0.00 | 1593882 | |

Document Locator Number: COMMISSARY SUMMARY POSTING
Authorizing Employee: LTROSE

| 01/23/2006 14:13 | Withdrawal | -24.68 | CO | | COMMISSARY SUMMARY POSTING | 263.75 | 0.00 | 1638124 | |

Document Locator Number: COMMISSARY SUMMARY POSTING
Authorizing Employee: DPARMA

Total Withdrawals  -1932.35
Total Deposits      2196.10

RECEIVED FEB 21 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA