Louis HASTINGS
CCA/FCC  P.O. Box 6200
FLORENCE, AZ 85232
(Name/Address/Phone)

RECEIVED
FEB 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Louis D. HASTINGS,

Petitioner,

vs.

_____,

Defendant.

NO. 3:06-CV-00037 TMB

**MOTION FOR APPOINTMENT OF COUNSEL**

COMES NOW Louis D. HASTINGS, and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 8 day of FEBRUARY, 2006.

*/s/ Louis D. Hastings*