# FINANCIAL AFFIDAVIT

**CJA 23** — REV. 1/90

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: LOUIS HASTINGS vs. FRANK LUNA
FOR: THE STATE OF ALASKA
AT: ANCHORAGE, AK

RECEIVED FEB 21 2006 — CLERK U.S. DISTRICT COURT, ANCHORAGE, ALASKA

**PERSON REPRESENTED** (Show your full name): LOUIS DAVID HASTINGS

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant—Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☒ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
- Magistrate:
- District Court: 3:06-CV-00037 TMB
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
- ATTEMPTED MURDER 1° × 2
- MURDER 1° × 6

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $___
- IF NO, give month and year of last employment: 7/79
- How much did you earn per month $3000
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: ___

**CASH** — Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $32.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE VALUE AND DESCRIBE IT: ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: NONE
- Creditors: ___  Total Debt: $___  Monthly Payt.: $___

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Louis D. Hastings*

Date: 8 FEBRUARY 2006

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.