Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>                 Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>                 Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED PETITION** |

       Petitioner Lewis Hastings, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a three-week extension of time to file the amended petition in the above-captioned case.  This motion is unopposed by Assistant Attorney General Michael Sean McLaughlin.

       Mr. Hastings, an Alaska state prisoner housed in Arizona, has filed in this court a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  This court has appointed public counsel and the undersigned has filed an entry of appearance.  Counsel has been directed to file an amended petition with this court, if it is indicated.

Since her entry of appearance on March 2, 2006, the undersigned has conferred with Mr. Hastings and reviewed a limited number of state court records. However, the undersigned has determined that she requires additional time to obtain and familiarize herself with the content and procedural history of Mr. Hastings' past state court appellate filings. The Alaska Appellate Court system database reflects four Court of Appeals case numbers and four State Supreme Court case numbers, two of which reference pending matters.

Because this office is preparing a move next week to a different location and because counsel will be out of the office for an additional two days at a CLE, an extension of time is requested.

DATED this 23rd day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 23, 2006, a copy of the foregoing document, with attachments, was served by mail on:

Michael Sean McLaughlin
Office of Special Prosecutions
 and Appeals
310 K Street, Suite 308
Anchorage, AK  99501

/s/ Mary C. Geddes