Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: michael_mclaughlin@law.state.ak.us

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS DAVID HASTINGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-cv-00037-TMB |
| | ) | |
| WARDEN FRANK LUNA, | ) | <u>SUPERSEDING</u> |
| | ) | <u>ENTRY OF APPEARANCE</u> |
| Respondent. | ) | |
| | ) | |

The undersigned hereby enters his appearance as attorney for the Respondent. All further pleadings and communications in this case should be addressed to:

> Michael Sean McLaughlin
> Office of Special Prosecutions and Appeals
> 310 K Street, Suite 308
> Anchorage, Alaska 99501

DATED April 3, 2006 , at Anchorage, Alaska.

      DAVID W. MÁRQUEZ
      ATTORNEY GENERAL

      s/ **Michael Sean McLaughlin**
       Assistant Attorney General
       State of Alaska, Dept. of Law
       Office of Special Prosecutions
        and Appeals
       310 K St., Suite 308
       Anchorage, Alaska 99501
       Telephone: (907) 269-6250
       Facsimile: (907) 269-6270
       e-mail: michael_mclaughlin@
        law.state.ak.us
       Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on April 3, 2006, a copy of the foregoing Superseding Entry of Appearance was served electronically on **Mary C. Geddes**.

s/ **Michael Sean McLaughlin**