Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>        Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**UNOPPOSED MOTION FOR A SECOND<br>EXTENSION OF TIME TO FILE<br>AMENDED PETITION** |

Petitioner Lewis Hastings, by and through counsel Mary C. Geddes, Assistant Federal
Defender, moves this court for a second three-week extension of time to file the amended petition
in the above-captioned case.  This motion is unopposed by Assistant Attorney General Michael Sean
McLaughlin.

Mr. Hastings, an Alaska state prisoner housed in Arizona, has filed in this court a
petition for a writ of habeas corpus under 28 U.S.C. § 2254.  This court has appointed public counsel
and the undersigned has filed an entry of appearance.  Counsel has been directed to file an amended
petition with this court, if it is indicated.

Counsel is not yet prepared to file an amended petition. She has personally reviewed Mr. Hastings' current and recently closed appellate files at the Alaska Appellate Clerk's office: there are eight separate files. Counsel has determined that more than 400 pages in two of the files will need to be copied and throughly reviewed prior to her amendment of the petition. Although the copying should be completed today, counsel will need additional time for reading the record once again, and preparing any amendment to Mr. Hastings' petition.

DATED this 19th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 19, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Michael Sean McLaughlin, Esq.

/s/ Mary C. Geddes