Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>　　　　　Respondent. | Case No. 3:06-CV-0037-T.B.<br><br>**MOTION FOR THREE ADDITIONAL BUSINESS DAYS TO FILE AMENDED PETITION**<br><br>**(Filed On Shortened Time)** |

　　　　　Petitioner Louis Hastings, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a brief extension of time to file the amended petition in the above-captioned case. He proposes that the amended petition be due Monday, May 15, 2006. Mr. Hastings' amended petition is otherwise due today, May 10, 2006. The brief extension of time is necessary in order for the undersigned counsel to investigate one matter that Mr. Hastings brought to her attention only today.

DATED this 10th day of May 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on May 10,, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Michael Sean McLaughlin, Esq.

/s/ Mary C. Geddes