UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>    Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**PROPOSED ORDER GRANTING EXTENSION TO FILE AMENDED PETITION** |

  After due consideration of petitioner's Motion for Extension of Time to File Amended Petition, the court GRANTS/DENIES the motion. The amended petition shall be due on May 15, 2006. The government's response shall be due on _____, 2006.

  DATED _____, 2006, in Anchorage, Alaska.

                _____
                TIMOTHY M. BURGESS
                UNITED STATES DISTRICT COURT JUDGE