Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>  Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>  Respondent. | Case No. 3:06-CV-0037-T.B.<br><br>**UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION**<br><br>**(Filed On Shortened Time)** |

Petitioner Louis Hastings, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for another extension of time to file the amended petition in the above-captioned case.  He proposes that the amended petition be due Friday, May 26, 2006.  Mr. Hastings' amended petition is otherwise due today, May 15, 2006.  Counsel and Mr. Hastings have consulted; he seeks an opportunity to review old court files, which the undersigned has obtained, in order to aid his recollection of the case.  The undersigned has spoken with Michael S. McLaughlin, counsel for the respondent, who does not oppose this continuance.

DATED this 15th day of May 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Michael Sean McLaughlin, Esq.

/s/ Mary C. Geddes