Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>    Petitioner,<br><br> vs.<br><br>WARDEN FRANK LUNA,<br><br>    Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**MOTION FOR EXTENSION OF TIME TO ALLOW FILING OF AMENDED PETITION**<br>Filed On Shortened Time |

    Petitioner, Louis David Hastings, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a one business day extension of time in which to file his amended petition in this matter.  The amended petition currently is due today, May 26, 2006.  Due to the press of business, counsel requests a one business day extension, until May 30, 2006, within which to file the amended petition.

DATED this 26th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Michael Sean McLaughlin, Esq.

/s/ Mary C. Geddes