UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>　　　　　Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**PROPOSED<br>ORDER GRANTING<br>EXTENSION OF TIME** |

　　　　After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of petitioner's Motion for Extension of Time to Allow Filing of Amended Petition, the motion is GRANTED. Petitioner's amended petition in this matter is due on May 30, 2006.

　　　　DATED _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge