Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>                Petitioner,<br><br>vs.<br><br>WARDEN FRANK LUNA,<br><br>                Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**MOTION TO WITHDRAW** |

        Petitioner Louis Hastings, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to withdraw from representation in this case inasmuch as counsel has realized that during the 1983-1984 phase of this case, the undersigned was hired and supervised by Acting Public Defender John Salemi, and it is Mr. Salemi's performance during this time which is the issue in this case.

        Certainly, there would be an appearance of impropriety, if not an actual conflict of interest, were the undersigned require to litigate this matter.  For this reason, counsel seeks to withdraw and asks the court to assign a CJA panel member.

1

DATED this 30th day of May, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 30, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Michael Sean McLaughlin, Esq.

/s/ Mary C. Geddes