UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN FRANK LUNA,<br><br>　　　　　Respondent. | Case No. 3:06-cv-0037-TMB<br><br>**PROPOSED<br>ORDER PERMITTING WITHDRAWAL<br>AND APPOINTMENT OF<br>CJA COUNSEL** |

After due consideration of petitioner's motion to withdraw, the court GRANTS the motion.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge

1