Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-0037-TMB |
| ) | |
| FRANK LUNA, ) | MOTION FOR 31-DAY EXTENSION |
| ) | OF TIME |
| Respondent. ) | |
| ) | |

Respondent Warden Frank Luna, by through counsel, assistant attorney general Michael Sean McLaughlin, requests that this court grant a 31-day extension of time – to August 28, 2006 – for the respondent to file a response to the petitioner's amended petition and its supplement.

The motion is based on the accompanying affidavit of counsel.

DATED July 27, 2006 , at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        s/ Michael Sean McLaughlin
        Assistant Attorney General
          State of Alaska, Dept. of Law
          Office of Special Prosecutions
            and Appeals
          310 K St., Suite 308
          Anchorage, Alaska 99501
          Telephone: (907) 269-6250
          Facsimile: (907) 269-6270
          e-mail: mike_mclaughlin@law.state.ak.us
          Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on July 27, 2006, a copy of the foregoing MOTION FOR 31-DAY EXTENSION OF TIME, AFFIDAVIT and PROPOSED ORDER was served electronically on Pamela S. Sullivan.

    s/ Michael Sean McLaughlin