IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,      )<br>                            )<br>     Petitioner,            )<br>                            )<br>  vs.                       )<br>                            )<br> FRANK LUNA,                )<br>                            )<br>     Respondent.            )<br>_____) | Case No. 3:06-cv-0037-TMB<br>**PROPOSED**<br>ORDER GRANTING EXTENSION<br>TO AUGUST 28, 2006, TO<br>RESPOND TO PETITION |

ORDER

Upon motion of the respondent, Frank Luna, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 31-day extension of time, to August 28, 2006, to file a response to the petitioner's application, is hereby GRANTED.

The response shall be due on or before August 28, 2006.

Dated this _____ day of _____, 2006.

_____
John D. Roberts
U.S. Magistrate Judge