Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>FRANK LUNA,  )<br>)<br>Respondent.  )<br>_____) | Case No. 3:06-cv-0037-TMB<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION FOR 30-DAY EXTENSION<br>OF TIME |

The undersigned, first being duly sworn, deposes and says:

1.   I am the assistant attorney general assigned to the above titled matter. I have since 2001 successfully represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court or the appellate courts. I continue to represent the state in an remaining state-court proceeding concerning Hastings' appeal of the length of

his two attempted murder sentences, *Hastings v. State*, File No. A-9893. My appellate brief in that matter is due on August 11, 2006.

    2.    My office neglected to calendar a response as due to Mr. Hastings' *habeas corpus* application, for reasons I cannot even guess. I was unaware that my response to the *habeas corpus* petition was overdue until I received this court's order at Docket Number 23 stating that the response was overdue.

    3.    Just Monday of this week I completed work on a 50-page appellate brief in *Mute v. State*, File No. A-8894, that I had been working on for at least three weeks. I am currently completing a second appellate brief in *Bright v. State*, File No. A-9323, involving a six-defendant contract murder that occurred in 1985. The Bright matter is a *pro se* appeal from what is referred to in state court as a "layered *Grinols*" claim. This means that Bright has filed a second post-conviction relief application, in which he claims that the appointed counsel who litigated his first post-conviction relief application did so ineffectively. My brief in the Bright matter is approximately 110 pages long, and the record in the appeal in addition to trial court pleadings includes more than 5000 pages of exhibits, not counting transcripts. It is the most complex appeal I have worked on in 25 years of practice.

    4.    I therefore request that the court grant me 31 days, or until August 28, 2006, to file a response to the petitioner's application. I deeply

apologize to the court, to opposing counsel, and to Mr. Hastings for my error in not filing a response or motion for additional time when this matter was due.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this 27th day of July, 2006, at Anchorage, Alaska.



Vivien M. Noll
Notary Public in and for Alaska