IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>FRANK LUNA, )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:06-cv-0037-TMB<br>**PROPOSED**<br>ORDER GRANTING EXTENSION<br>TO SEPTEMBER 29, 2006, TO<br>RESPOND TO PETITION |

ORDER

Upon motion of the respondent, Frank Luna, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 32-day extension of time, to September 29, 2006, to file a response to the petitioner's application, is hereby GRANTED.

The response shall be due on or before September 29, 2006.

Dated this _____ day of _____, 2006.

_____
John D. Roberts
U.S. Magistrate Judge