Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,           )<br>                                                   )<br>            Petitioner,                      )<br>                                                   )<br>     vs.                                         )<br>                                                   )<br>FRANK LUNA,                              )<br>                                                   )<br>            Respondent.                 )<br>_____) | Case No. 3:06-cv-0037-TMB<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION FOR 32-DAY EXTENSION<br>OF TIME |

The undersigned, first being duly sworn, deposes and says:

1.  I am the assistant attorney general assigned to the above titled matter. I have since 2001 represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court or in the appellate courts. I continue to represent the state in a remaining state-court proceeding concerning Hastings' appeal of the length of his two attempted

murder sentences, *Hastings v. State*, File No. A-9893. My appellate brief in that matter is now due on September 11, 2006.

      2.    In the last 30 days, I have completed three major work projects, each an assignment substantially predating the present matter. On July 21, I completed a 50-page appellate brief in *Mute v. State*, File No. A-8894. On August 11, I completed a 92-page appellate brief in *Bright v. State*, File No. A-9323. On August 24, I completed the revisions to a 160-page, single-spaced Department of Law manual governing post-conviction relief procedures. That matter had to be completed prior to the annual Department of Law Criminal Division conference, scheduled for September 11-13. Attendance at this function is mandatory. I learned last Tuesday that I must make a presentation at that conference.

      3.    I am currently working on an appellate brief in *State v. Akelkok*, A-9578. This matter, too, predates the present matter and has been the subject of approximately 100 days of extensions, largely due to the *Bright* appeal. My brief in *Akelkok* is due September 8, and I did not begin work on it until last Friday. When the brief in *Akelkok* is completed, I must complete the sentence-appeal brief in the *Hastings v. State* matter mentioned above.

4.  I request that the court grant me 32 days, or until September 29, 2006, to file a response to the petitioner's application.

Further your affiant sayeth naught.

SUBSCRIBED AND SWORN to before me this 28th day of August, 2006, at Anchorage, Alaska.



Vivien M. Noll
Notary Public in and for Alaska