Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,        )<br>                              )<br>     Petitioner,              )<br>                              )<br>vs.                           )<br>                              )<br>FRANK LUNA,                   )<br>                              )<br>     Respondent.              )<br>_____) | Case No. 3:06-cv-0037-TMB<br><br>MOTION FOR 28-DAY EXTENSION<br>OF TIME |

Respondent Warden Frank Luna, by through counsel, assistant attorney general Michael Sean McLaughlin, requests that this court grant a 28-day extension of time – from September 29, 2006, to October 27, 2006 – for the respondent to file a response to the petitioner's amended petition and its supplement.

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

The motion is based on the accompanying affidavit of counsel.

DATED September 29, 2006 , at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ Michael Sean McLaughlin
>Assistant Attorney General
>  State of Alaska, Dept. of Law
>  Office of Special Prosecutions
>     and Appeals
>  310 K St., Suite 308
>  Anchorage, Alaska 99501
>  Telephone: (907) 269-6250
>  Facsimile: (907) 269-6270
>  e-mail: mike_mclaughlin@law.state.ak.us
>  Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on September 29, 2006, a copy of the foregoing MOTION FOR 28-DAY EXTENSION OF TIME, AFFIDAVIT and PROPOSED ORDER was served electronically on Pamela S. Sullivan.

>s/ Michael Sean McLaughlin