Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS DAVID HASTINGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-cv-0037-TMB |
| | ) | |
| FRANK LUNA, | ) | <u>AFFIDAVIT IN SUPPORT OF MOTION FOR 28-DAY EXTENSION OF TIME</u> |
| | ) | |
| Respondent. | ) | |
| | ) | |

The undersigned, first being duly sworn, deposes and says:

1.    I am the assistant attorney general assigned to the above-titled matter. I have since 2001 represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

or in the appellate courts. I continue to represent the state in a remaining state-court proceeding concerning Hastings' appeal of the length of his two attempted murder sentences, *Hastings v. State*, File No. A-9893. My appellate brief in that matter is due on October 3.

    2.    Since my last extension in this matter on August 28, I continued to work on my appellate brief in *State v. Akelkok*, A-9578, a matter which preceded the present application. I also attended a mandatory three-day annual conference of the Criminal Division of the Department of Law, planned before this application, and spent several days before the conference having to prepare a presentation at it.

    3.    I spent several days having to review three full bankers' boxes of files in an unrelated 18-year-old murder conviction concerning a motion to release potentially critical evidence should the defendant seek retrial, as he is doing.

    4.    I also lost approximately four days of work in the last week or ten days due to illness.

    5.    All of my work with the exception of the *Hastings* matters has now been completed so that I may work on nothing but the *Hastings* matter.

6. I request that the court grant me 28 days, or until October 27, 2006, to file a response to the petitioner's application.

Further your affiant sayeth naught.

*[signature]*

SUBSCRIBED AND SWORN to before me this 29th day of September, 2006, at Anchorage, Alaska.



*Vivien M. Noll*
Notary Public in and for Alaska

Hastings v. Luna, 3:06-cv-0037-TMB
Page 3