IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-0037-TMB |
| ) | **PROPOSED** |
| FRANK LUNA, ) | ORDER GRANTING EXTENSION |
| ) | TO NOVEMBER 24, 2006, TO |
| Respondent. ) | RESPOND TO PETITION |
| ) | |

ORDER

Upon motion of the respondent, Frank Luna, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 28-day extension of time, to November 24, 2006, to file a response to the petitioner's application, is hereby GRANTED.

The response shall be due on or before November 24, 2006.

Dated this _____ day of _____, 2006.

_____
John D. Roberts
U.S. Magistrate Judge