Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-0037-TMB |
| ) | |
| FRANK LUNA, ) | UNOPPOSED MOTION FOR 21- |
| ) | DAY EXTENSION OF TIME |
| Respondent. ) | |
| ) | |

Respondent Warden Frank Luna, by through counsel, assistant attorney general Michael Sean McLaughlin, requests that this court grant a 21-day extension of time – from November 24, 2006, to December 15, 2006 – for the respondent to file a response to the petitioner's amended petition and its supplement. Petitioner's counsel has advised that she does not oppose this

extension.

The motion is based on the accompanying affidavit of counsel.

DATED November 24, 2006, at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ Michael Sean McLaughlin
>Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>      and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: mike_mclaughlin@law.state.ak.us
>   Alaska Bar. No. 8106036

## Certificate of Service

I certify that on November 24, 2006, a copy of the foregoing MOTION FOR 21-DAY EXTENSION OF TIME, AFFIDAVIT and PROPOSED ORDER was served electronically on Pamela S. Sullivan.

>s/ Michael Sean McLaughlin