Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,      ) | |
| ) | |
| Petitioner,      ) | |
| ) | |
| vs.      ) | Case No. 3:06-cv-0037-TMB |
| ) | |
| FRANK LUNA,      ) | AFFIDAVIT IN SUPPORT OF |
| ) | MOTION FOR 21-DAY EXTENSION |
| Respondent.      ) | OF TIME |
| ) | |

The undersigned, first being duly sworn, deposes and says:

1.  I am the assistant attorney general assigned to the above-titled matter. I have since 2001 represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

or in the appellate courts. I continue to represent the state in a remaining state-court proceeding concerning Hastings' appeal of the length of his two attempted murder sentences, *Hastings v. State*, File No. A-9893. Since my last extension in this matter, I have worked on *Hastings* matters. My brief in the *Hastings* matter in state court is approximately 90% completed and I anticipate filing it next week.

      2.    I request that the court grant me 21 days, or until December 15, 2006, to file a response to the petitioner's application. I have telephoned Petitioner's counsel and she has advised that she does not oppose this extension. Barring the unforeseen, I do not anticipate asking for any further extensions.

      Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this 24th day of November, 2006, at Anchorage, Alaska.



_____
Notary Public in and for Alaska

Hastings v. Luna, 3:06-cv-0037-TMB
Page 2