IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,            )<br>                                                       )<br>         Petitioner,                        )<br>                                                       )<br>    vs.                                            )<br>                                                       )<br>FRANK LUNA,                              )<br>                                                       )<br>         Respondent.                    )<br>_____ ) | Case No. 3:06-cv-0037-TMB<br>**PROPOSED**<br>ORDER GRANTING EXTENSION<br>TO JANUARY 5, 2007, TO<br>RESPOND TO PETITION |

Upon motion of the respondent, Frank Luna, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 21-day extension of time, to January 5, 2007, to file a response to the petitioner's application, is hereby GRANTED.

The response shall be due on or before January 5, 2007.

Dated this _____ day of _____, 2006.

_____
John D. Roberts
U.S. Magistrate Judge