Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,            )<br>                                  )<br>        Petitioner,              )<br>                                  )<br>    vs.                           )<br>                                  )<br>FRANK LUNA,                       )<br>                                  )<br>        Respondent.               )<br>_____ ) | Case No. 3:06-cv-0037-TMB<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION FOR 21-DAY EXTENSION<br>OF TIME |

The undersigned, first being duly sworn, deposes and says:

1.  I am the assistant attorney general assigned to the above-titled matter. I have since 2001 represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court

or in the appellate courts. I continue to represent the state in a remaining state-court proceeding concerning Hastings' appeal of the length of his two attempted murder sentences, *Hastings v. State*, File No. A-9893. Since my last extension in this matter, I have worked on *Hastings* matters. My brief in that matter was not completed and submitted to my supervisor for his review until this week. As a result, I was unable to begin work on this matter under yesterday.

    2.    I request that the court grant me 21 days, or until January 5, 2007, to file a response to the petitioner's application. I have telephoned Petitioner's counsel and she has advised that she does not oppose this extension.

    Further your affiant sayeth naught.

*/s/ Michael Sean McLaughlin*

SUBSCRIBED AND SWORN to before me this 15th day of December, 2006, at Anchorage, Alaska.



*/s/ Shana K. Calbtt Jones*
Notary Public in and for Alaska

Hastings v. Luna, 3:06-cv-0037-TMB
Page 2