IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FRANK LUNA, ) <br> ) <br>     Respondent. ) <br> _____) | Case No. 3:06-cv-0037-TMB <br> **PROPOSED** <br> ORDER GRANTING EXTENSION <br> TO JANUARY 19, 2007, TO <br> RESPOND TO PETITION |

Upon motion of the respondent, Frank Luna, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 14-day extension of time, to January 19, 2007, to file a response to the petitioner's application, is hereby GRANTED.

The response shall be due on or before January 19, 2007.

Dated this \_\_\_\_\_ day of _____, 2007.

_____
John D. Roberts
U.S. Magistrate Judge