Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FRANK LUNA, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:06-cv-0037-TMB <br><br> AFFIDAVIT IN SUPPORT OF <br> MOTION FOR 14-DAY EXTENSION <br> OF TIME |

The undersigned, first being duly sworn, deposes and says:

1. I am the assistant attorney general assigned to the above-titled matter. I have since 2001 represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

or in the appellate courts. I continue to represent the state in a remaining state-court proceeding concerning Hastings' appeal of the length of his two attempted murder sentences, *Hastings v. State*, File No. A-9893. I was out of the office ill for several days in December, but my brief in that matter was filed with the state court on Friday, December 29.

2. Since my last extension in this matter, I have completed approximately 1/3 of my response to the petitioner's application. Barring the unforeseen, I anticipate completing the response by the time this extension expires.

3. I have telephoned Petitioner's counsel today, but she was not in her office at the time that I called. I left a message for her, but do not know if she opposes this extension.

Further your affiant sayeth naught.

*[signature]*

SUBSCRIBED AND SWORN to before me this 5th day of January, 2007, at Anchorage, Alaska.

*[notary seal and signature]*
Notary Public in and for Alaska

Hastings v. Luna, 3:06-cv-0037-TMB
Page 2