Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>FRANK LUNA,  )<br>)<br>Respondent.  )<br>_____ ) | Case No. 3:06-cv-0037-TMB<br><br>UNOPPOSED MOTION FOR 21-<br>DAY EXTENSION OF TIME |

Respondent Warden Frank Luna, by through counsel, assistant attorney general Michael Sean McLaughlin, requests that this court grant a 21-day extension of time – from January 19, 2007 to February 9, 2007 – for the respondent to file a response to the petitioner's amended petition and its supplement. The motion is based on the accompanying affidavit of counsel.

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

DATED January 18, 2007, at Anchorage, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    s/ Michael Sean McLaughlin
       Assistant Attorney General
       State of Alaska, Dept. of Law
       Office of Special Prosecutions
         and Appeals
       310 K St., Suite 308
       Anchorage, Alaska 99501
       Telephone: (907) 269-6250
       Facsimile: (907) 269-6270
       e-mail: mike_mclaughlin@law.state.ak.us
       Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on January 18, 2007, a copy of the foregoing MOTION FOR 21-DAY EXTENSION OF TIME, AFFIDAVIT and PROPOSED ORDER was served electronically on Pamela S. Sullivan.

    s/ Michael Sean McLaughlin