IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,     ) | |
|          ) | |
|     Petitioner,     ) | |
|          ) | |
|   vs.     ) | Case No. 3:06-cv-0037-TMB |
|          ) | **PROPOSED** |
| FRANK LUNA,     ) | ORDER GRANTING EXTENSION |
|          ) | TO FEBRUARY 9, 2007, TO |
|     Respondent.     ) | RESPOND TO PETITION |
| _____) | |

Upon motion of the respondent, Frank Luna, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 21-day extension of time, to February 9, 2007, to file a response to the petitioner's application, is hereby GRANTED.

The response shall be due on or before February 9, 2007.

Dated this _____ day of _____, 2007.

_____
John D. Roberts
U.S. Magistrate Judge