Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,            ) | |
| )| |
| Petitioner,            ) | |
| ) | |
| vs.            ) | Case No. 3:06-cv-0037-TMB |
| ) | |
| FRANK LUNA,            ) | AFFIDAVIT IN SUPPORT OF |
| ) | MOTION FOR 21-DAY EXTENSION |
| Respondent.            ) | OF TIME |
| ) | |

The undersigned, first being duly sworn, deposes and says:

1.     I am the assistant attorney general assigned to the above-titled matter. I have since 2001 represented the State of Alaska in all state court proceedings involving Louis David Hastings, whether in the superior court

or in the appellate courts. I continue to represent the state in a remaining state-court proceeding concerning Hastings' appeal of the length of his two attempted murder sentences, *Hastings v. State*, File No. A-9893. I was out of the office ill for several days in December, but my brief in that matter was filed with the state court on Friday, December 29.

2. Since my last extension in this matter, I was out of the office ill again from the afternoon of January 8 until Tuesday, January 16. I have been unable to complete any work on it other than the 30% of it that is already completed. I anticipate completing the response by the time this extension expires.

3. I have telephoned Petitioner's counsel today, and she advised that she did not oppose this extension.

Further your affiant sayeth naught.

[signature]

SUBSCRIBED AND SWORN to before me this 18th day of January, 2007, at Anchorage, Alaska.

Vivien M. Noll
Notary Public in and for Alaska

Hastings v. Luna, 3:06-cv-0037-TMB
Page 2