Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-0037-TMB |
| ) | |
| FRANK LUNA, ) | MOTION TO DISMISS FOR |
| ) | PROCEDURAL DEFAULT/FAILURE |
| Respondent. ) | TO EXHAUST STATE REMEDIES |
| ) | |

Respondent, Warden Frank Luna, by and through Assistant Attorney General Michael Sean McLaughlin, requests that this court dismiss the petitioner's habeas corpus application for a procedural default because petitioner failed to raise federal issues in the state-court proceedings.

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

This motion is based on the accompanying memorandum of facts and law.

DATED February 9, 2007, at Anchorage, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    s/ Michael Sean McLaughlin
       Assistant Attorney General
       State of Alaska, Dept. of Law
       Office of Special Prosecutions
         and Appeals
       310 K St., Suite 308
       Anchorage, Alaska 99501
       Telephone: (907) 269-6250
       Facsimile: (907) 269-6270
       e-mail: mike_mclaughlin@law.state.ak.us
       Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on February 9, 2007, a copy of the foregoing MOTION TO DISMISS FOR PROCEDURAL DEFAULT and attached PROPOSED ORDER was served electronically on Pamela S. Sullivan.

    s/ Michael Sean McLaughlin