IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,    )<br>                                              )<br>            Petitioner,            )<br>                                              )  Case No. 3:06-cv-0037-TMB<br>    vs.                                    )         **PROPOSED**<br>                                              )  ORDER DISMISSING HABEAS<br>FRANK LUNA,                      )  CORPUS APPLICATION FOR<br>                                              )              PROCEDURAL<br>            Respondent.         )  DEFAULT/FAILURE TO EXHAUST<br>_____)        STATE-COURT REMEDIES | |

After due consideration of the respondent's *Motion to Dismiss for Procedural Default/Failure to Exhaust State Remedies*, and its supporting Memorandum, it is hereby ORDERED:

The respondent's motion to dismiss the petitioner's habeas corpus application is hereby GRANTED.  The court finds that the petitioner did not "fairly present" his federal claim to the Alaska Supreme Court when asking that court to overturn the decision of the Alaska Court of Appeals.  *Baldwin v. Reese*, 541 U.S. 27, 29, 124 S.Ct. 1347, 1349 (2004).

Dated this _____ day of _____, 2007.

_____
John D. Roberts
U.S. Magistrate Judge