# In the Supreme Court of the State of Alaska

**Louis D. Hastings,**               )
                                     )   Supreme Court No. S-11804
      Petitioner,   )
                                     )   **Order**
v.                                   )
                                     )   Petition for Hearing
**State of Alaska,**                 )
                                     )
      Respondent.   )   Date of Order: **8/4/05**
                                     )

Trial Court Case # **3AN-96-04823CI**
Court of Appeals # **A-8594**

    Before:    Bryner, Chief Justice, and Matthews, Eastaugh, and Carpeneti, Justices. [Fabe, Justice, not participating.]

    On consideration of the Petition for Hearing filed on 3/28/05, and the response filed on 5/27/05,

    **IT IS ORDERED**:

    The Petition for Hearing is **DENIED**.

    Entered by the direction of the court.

    Clerk of the Appellate Courts

    *Marilyn May*
    Marilyn May

cc:    Supreme Court Justices
        COA Judges
        Judge Bolger
        Central Staff
        Trial Court Clerk - Anchorage

Distribution:

Linda S Thomas
Attorney At Law
P O Box 353324
Palm Coast FL 32135

Michael S McLaughlin
OSPA
310 K Street # 308
Anchorage AK 99501

Ex. 1, p. 1