# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

LOUIS DAVID HASTINGS  v.  FRANK LUNA

**Case No. 3:06-cv-00037-TMB-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

**RE:** Motion to Dismiss, Docket No. 46

Respondent has filed a Motion to Dismiss, Docket No. 46. Opposition to this motion by petitioner is due February 27, 2007. Respondent's Reply, if any, shall be due March 9, 2007. In light of the motion to dismiss having been filed the motions for extension of time filed at Docket Nos. 42 and 44 are denied as moot. The pending § 2254 petition shall be held in abeyance pending determination of the current motion to dismiss.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 9, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CV\3-06-cv-00037-TMB-JDR HASTINGS 2254 @42.wpd