Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, AK 99501
Telephone: (907) 561-7743
Facsimile: (907) 269-6270
Email: sullivan@ak.net

Attorney for Petitioner Louis David Hastings

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:06-cv-0037-TMB |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | UNOPPOSED MOTION |
| Respondent. ) | FOR EXTENSION OF TIME |
| _____ ) | |

      Petitioner Louis David Hastings, through counsel, Wade, Kelly & Sullivan, request that this court grant a 30-day extension of time, or until April 23, 2007, for the petitioner to file a response to the respondent's Motion to Dismiss. The need for an extension is based on counsel's separate motion to withdraw as the appointed CJA attorney in this matter.

      Dated this 28th day of March, 2007, at Anchorage, Alaska.

                                                      WADE, KELLY & SULLIVAN
                                                      Attorney for Petitioner

                                                      s/Pamela S. Sullivan
                                                      Wade, Kelly & Sullivan
                                                      745 W. 4th Avenue, Suite 425
                                                      Anchorage, AK 99501
                                                      Telephone: (907) 561-7743
                                                      Facsimile: (907) 269-6270
                                                      Email: sullivan@ak.net
                                                      AK Bar No. 9711072

-2-

CERTIFICATE OF SERVICE

I certify that on this 28th day of March, 2007,
A copy of the foregoing was served electronically
On Michael S. McLaughlin, Asst. U.S. Attorney General

s/Pamela S. Sullivan