Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, AK  99501
Telephone:  (907) 561-7743
Facsimile:  (907) 269-6270
Email:  sullivan@ak.net

Attorney for Petitioner Louis David Hastings

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:06-cv-0037-TMB-DMS |
| vs. ) | |
| ) | **[PROPOSED)** |
| FRANK LUNA, ) | ORDER GRANTING 30-DAY EXTENSION OF |
| ) | TIME TO RESPOND TO MOTION TO DISMISS |
| Respondent. ) | |
| _____) | |

Upon motion of the petitioner Louis David Hastings, and the court being duly advised, it is hereby ORDERED that petitioner's motion for a 30-day extension of time, or until April 23, 2007, to file a response to Respondent's Motion to Dismiss, is hereby GRANTED.

Dated this ____ day of _____, 2007, at Anchorage, Alaska.

_____
Deborah M. Smith
U.S. Magistrate Judge

-1-

-2-

CERTIFICATE OF SERVICE

I certify that on this 28th day of March, 2007,
A copy of the foregoing (Proposed Order) was served electronically
On Michael S. McLaughlin, Asst. U.S. Attorney General

s/Pamela S. Sullivan

-2-