Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, AK  99501
Telephone:  (907) 561-7743
Facsimile:  (907) 269-6270
Email:  sullivan@ak.net

Attorney for Petitioner Louis David Hastings

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,    )<br>                           )<br>         Petitioner,      )<br>                           ) Case No. 3:06-cv-0037-TMB-DMS<br>     vs.                   )<br>                           )<br>FRANK LUMA,                )<br>                           )**MOTION TO WITHDRAW**<br>         Respondent.       )<br>_____) | |

     Petitioner Louis Hastings, through his counsel Pamela S. Sullivan, moves this court to withdraw from representation in the case.  Counsel's case load is such that it is not possible to give this matter the time and effort required to effectively represent Mr. Hastings in a *Habeas Corpus* proceeding.

     For the foregoing reason, counsel seeks to withdraw and asks the court to assign a CJA panel member to Mr. Hastings' case.  Counsel spoke to Ms. Minzenmayer at the Office of the Federal Defender regarding Mr. Hastings' case.  Upon information and belief, CJA panel members are available to represent Mr. Hastings.

    The next filing deadline for Mr. Hastings in this case is anticipated to be April 23, 2007 based on a non-opposed motion for extension of time filed on March 28, 2007.

    Dated this 28th day of March, 2007, at Anchorage, Alaska.

    WADE, KELLY & SULLIVAN
Attorney for Petitioner

s/Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, AK  99501
Telephone:  (907) 561-7743
Facsimile:  (907) 269-6270
Email:  sullivan@ak.net
AK Bar No.  9711072

CERTIFICATE OF SERVICE

I certify that on this 28th day of March, 2007,
A copy of the foregoing was served electronically
on Michael S. McLaughlin, Asst. U.S. Attorney General

s/Pamela S. Sullivan