Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, AK  99501
Telephone:  (907) 561-7743
Facsimile:  (907) 269-6270
Email:  sullivan@ak.net


Attorney for Petitioner Louis David Hastings


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:06-cv-0037-TMB-DMS |
| vs. ) | |
| ) | |
| FRANK LUMA, ) | **[PROPOSED] ORDER ON** |
| ) | **MOTION TO WITHDRAW** |
| Respondent. ) | |
| _____) | |

After due consideration of petitioner's motion to withdraw, the court GRANTS the motion.

DATED this ____ day of _____, 2007.

_____
Deborah M. Smith
 U.S. Magistrate Judge




CERTIFICATE OF SERVICE

I certify that on this 28th day of March, 2007,
A copy of the foregoing [PROPOSED} Order was served electronically
on Michael S. McLaughlin, Asst. U.S. Attorney General

s/Pamela S. Sullivan