IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| Plaintiff, | ) | |
| vs. | ) | |
| FRANK LUNA, | ) | |
| Defendant. | ) | **ENTRY OF APPEARANCE** |

Scott A. Sterling enters his appearance as counsel for Louis Hastings in the above-captioned matter and requests service via the ECF system of all filings.

Undersigned counsel is appointed to represent Mr. Hastings pursuant to the Criminal Justice Act.

DATED this ____ day of ____, 2007 at Anchorage, Alaska.

By: /s/ Scott A. Sterling
Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax: (907) 376-8078
Email: scottsterling@alaskalawyers.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of the ECF system on April 2, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Entry Of Appearance**
**Page 2 of 2**