IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| Plaintiff, | ) | |
| vs. | ) | |
| FRANK LUNA, | ) | |
| Defendant. | ) | **MOTION FOR STATUS HEARING** |

Louis Hastings by and through undersigned counsel moves the court to calendar a status hearing.  Counsel requests that the hearing be set either prior to April 16 or after May 18, 2007.  Counsel will be in trial in Palmer Superior Court in State v. Creech before Judge Cutler April 16-27 and in Anchorage Superior Court in State v. Hughes, et al before Judge Wolverton May 7-18.

In counsel's considered professional judgment the processing and development of Mr. Hasting's claims in the above-captioned matter will require not less than six months of work.  An evidentiary hearing will almost certainly be necessary and could last for several days.  Counsel is led to understand that Mr. Hasting's trial and appellate files take up a large number of file boxes and much space.

Mr. Hastings was convicted on multiple counts of first-degree murder in a sensational incident.  He received multiple sentences the effect of which was and is to ensure that he remains incarcerated until he dies.

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Motion For Status Hearing**
**Page 1 of 3**

Proper attention therefore must be paid and close analysis given to Mr. Hasting's claim that he received ineffective assistance of counsel. Counsel will endeavor to give Mr. Hasting's petition all due attention consistent with also prioritizing and meeting pre-existing trial and appellate obligations for existing clients.

Mr. Hastings requests that the court permit him to participate telephonically in all hearings and other proceedings held before this honorable court in connection with his case. If the court will issue an order authorizing telephonic participation then counsel will make the necessary arrangements for the correctional facility to make Mr. Hastings available. Counsel will also make the necessary arrangements to pay for the cost of all such calls.

DATED this ____ day of ____, 2007 at Anchorage, Alaska.

By: /s/ Scott A. Sterling
Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax: (907) 376-8078
Email: scottsterling@alaskalawyers.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of

the ECF system on April 2, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Motion For Status Hearing**
**Page 3 of 3**