IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | **(PROPOSED)** |
| | ) | **ORDER RE:** |
| Defendant. | ) | **MOTION FOR** |
| _____ | ) | **STATUS HEARING** |

Upon application and good cause being shown IT IS HEREBY ORDERED that the motion of Louis Hastings for a status hearing is GRANTED.

IT IS FURTHER HEREBY ORDERED that a status hearing will be held at _____:_____ a.m./p.m. on the ___ day of _____, 2007 in Courtroom ___, United States Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

IT IS FURTHER ORDERED that Mr. Hastings shall participate by telephone in that hearing from the correctional facility in Florence, Arizona where he is currently housed. Mr. Hastings shall call bridge number _____ five minutes before the hearing. Counsel for Mr. Hastings shall be responsible for the toll charges associated with that call.

DATED this ___ day of _____, 2007 at Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Judge

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**(Proposed) Order re:**
**Motion for Status Hearing**
**Page 1 of 2**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by means of

the ECF system on April 2, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**(Proposed) Order re:**
**Motion for Status Hearing**
**Page 2 of 2**