IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | **AFFIDAVIT OF COUNSEL:** |
| Defendant. | ) | **MOTION FOR** |
| | ) | **STATUS HEARING** |

Scott A. Sterling deposes upon his oath and declares:

On April 2, 2007 I was asked by the CJA Panel Administrator for the District of

Alaska to represent Mr. Louis Hastings in the above-captioned matter.

I have some knowledge about the case.

Based upon my information and belief a status hearing before the court to air

out the complexities involved in adequately preparing and presenting Mr. Hastings's

claims of ineffective counsel in his state court proceedings is both necessary and

appropriate.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Scott A. Sterling


SUBSCRIBED AND SWORN to before me this 2nd day of April, 2007 at

Wasilla, Alaska.

/s/ Joanne Graham
NOTARY PUBLIC in and for Alaska

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Affidavit of Counsel re**
**Motion for Status Hearing**
**Page 1 of 2**

My Commission Expires: 5-17-07
**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of

the ECF system on April 2, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232


By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Affidavit of Counsel re**
**Motion for Status Hearing**
**Page 2 of 2**