Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FRANK LUNA, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:06-cv-0037-TMB <br><br> RESPONDENT'S OPPOSITION TO MOTION FOR STATUS HEARING |

Respondent, Warden Frank Luna, by and through Assistant Attorney General Michael Sean McLaughlin, opposes petitioner's request (Docket # 54) for a status hearing. Petitioner's motion opines that a status hearing is necessary because his application will result in an evidentiary hearing. *Id*. at 2. But petitioner is wrong.

Depending upon the court's resolution of respondent's pending motion to dismiss [Docket # 46], there will be no additional proceedings in this case. This is because, as respondent noted in its memorandum [Docket #47] in support of its motion to dismiss, the threshold question is whether Hastings advised the Alaska Supreme Court of federal claims. Hastings did not do so, as his petition for hearing (attached to Docket # 47 as Exhibit 2)] clearly indicated.

Under federal law, this means that Hastings failed to exhaust his state remedies and is procedurally defaulted, and his application must be dismissed. No status hearing is necessary because, unless this procedural requirement was met, it is irrelevant what is in Hastings' case files or what claims Hastings wishes to make before this court.

Petitioner's counsel was recently appointed, and may be unaware of this issue or that its resolution requires neither review of Hastings' files, a status hearing, nor evidentiary hearing. It can be resolved on the four corners of what Hastings pleaded before the Alaska Supreme Court. That means review of Hastings' petition for hearing.

The petitioner's motion for a status hearing should therefore be denied.

Respondent has no objection to extensions of time to allow new

counsel to respond to the respondent's motion and memorandum at Docket # 46 and 47.

DATED April 5, 2007, at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Michael Sean McLaughlin
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: mike_mclaughlin@law.state.ak.us
>   Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on April 5, 2007, a copy of the foregoing RESPONDENT'S OPPOSITION TO MOTION FOR STATUS HEARING was served electronically on Scott Sterling

s/ Michael Sean McLaughlin