IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Defendant. | ) | **WITHDRAWAL** |
| _____ | ) | **OF MOTION** |

       Louis Hastings withdraws his motion for a status hearing and in lieu of same

requests that the court extend the deadline for filing his opposition to defendant's

motion to dismiss to June 9, 2007 in order to grant counsel sufficient time in which to

become familiar with Mr. Hasting's files (which were picked up on April 6 from Ms.

Sullivan's office) and meet his trial obligations in State v. Creech and State v. Hughes

in April and May.  Based upon the most recent filing by Mr. Luna it is believed that

Luna does not oppose that request.

       DATED this 9th day of April, 2007 at Anchorage, Alaska.

By: /s/ Scott A. Sterling
Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax: (907) 376-8078
Email: scottsterling@alaskalawyers.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by means of

the ECF system on April 9, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us

And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Withdrawal Of Motion**
**Page 2 of 2**