Scott Sterling
Sterling & DeArmond, P.C.
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
(907) 376-8076
Fax: (907) 376-8078
Email: scottsterling@alaskalawyers.net
Attorney For Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS DAVID HASTINGS, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:06-cv-0037-TMB |
| | ) | |
| FRANK LUNA, | ) | (PROPOSED) |
|     Respondent. | ) | ORDER DENYING |
| _____ | ) | <u>MOTION TO DISMISS</u> |

IT IS HEREBY ORDERED that Respondent's motion to dismiss is DENIED.

    DATED this \_\_\_ day of _____, 2007 at Anchorage, Alaska.

                                            _____
                                            United States District Judge

## Certificate of Service

I certify that on June 11, 2007, a copy of the above pleading was served electronically on Michael Sean McLaughlin, counsel for respondent Frank Luna.

/s/ Scott Sterling
Scott Sterling