IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Defendant. | ) | **MOTION TO** |
| _____ ) | | **WITHRAW** |

Scott A. Sterling moves to withdraw as counsel for petitioner Louis Hastings in the above-captioned action.

The grounds for withdrawal are that counsel has accepted a staff attorney position with the State of Alaska, Office of Public Advocacy (OPA) which will bar him from further representing Mr. Hastings.  Counsel will begin work with OPA the first week of August, 2007.  Counsel has been advised by his supervisor that OPA staff attorneys are not permitted to represent other clients for compensation.  Counsel's present representation of Mr. Hastings under the CJA in the above-captioned action fits that description.  Therefore withdrawal from the present action is necessary.

Mr. Hastings' opposition to respondent's motion to dismiss has been filed and served.  Counsel is available to appear for any hearing before this court up until July 31, 2007.  An Affidavit of Counsel and proposed Order are filed herewith.

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Motion To Withdraw**
**Page 1 of 3**

DATED this 11th day of June, 2007 at Anchorage, Alaska.

By: /s/ Scott A. Sterling
Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax: (907) 376-8078
Email: scottsterling@alaskalawyers.net

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Motion To Withdraw**
**Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by means of

the ECF system on June 11, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232


By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Motion To Withdraw**
**Page 3 of 3**