IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| Plaintiff, | ) | |
| vs. | ) | |
| FRANK LUNA, | ) | **(PROPOSED) ORDER:** |
| Defendant. | ) | **MOTION TO WITHDRAW** |

Upon application and good cause being shown I T IS HEREBY ORDERED that the referenced motion is GRANTED IN PART. Mr. Sterling may withdraw but shall continue to represent Mr. Hastings until July 31, 2007 or until substitute counsel has entered an appearance, whichever occurs first.

The CJA Panel Administrator for the District is directed to obtain substitute counsel to represent Mr. Hastings as soon as may be practicable.

DATED this ___ day of _____, 2007 at Anchorage, Alaska.

_____
Timothy M. Burgess
U.S. District Judge

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Order re:**
**Motion To Withdraw**
**Page 1 of 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of the ECF system on June 11, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Order re:**
**Motion To Withdraw**
**Page 2 of 2**