IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FRANK LUNA, | ) ) | **AFFIDAVIT OF COUNSEL:** |
| Defendant. | ) | **MOTION TO WITHDRAW** |

Scott A. Sterling being duly sworn declares:

The facts and circumstances set forth in the referenced motion as grounds for withdrawal of counsel are all true, correct and complete to best of my knowledge and belief.

DATED this 11th day of June, 2007 at Anchorage, Alaska.

/s/ Scott A. Sterling

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by means of

the ECF system on June 11, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Affidavit of Counsel:**
**Motion To Withdraw**
**Page 2 of 2**