IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| Plaintiff, | ) | |
| vs. | ) | |
| FRANK LUNA, | ) | |
| Defendant. | ) | **MOTION TO RE-SET ORAL ARGUMENT** |

Counsel for Mr. Hastings moves the court to re-set the oral argument presently calendared for July 26, 2007 at 11:00 a.m. *See* Order at Dkt. No. 65.

Counsel has a conflict on July 26. The conflict is with a previously-scheduled mediation session. In that matter counsel represents the claimants. In 2006 the chief claimant (then a minor) suffered serious physical injuries in an industrial accident. A large institutional entity is the respondent. The parties have agreed to try to resolve all claims in pre-litigation mediation. Medical and economic experts are also involved. A private mediator who specializes in settling very serious personal injury claims has been retained. For those reasons counsel would prefer, if possible, to not have to interrupt and delay the mediation to appear in court.

Therefore counsel requests that this court re-set the referenced oral argument hearing either back to July 25 or ahead to July 27 consistent with the court's calendar and other cases.

Counsel will be employed as a staff attorney for the State of Alaska, Office Of Public Advocacy on July 30 and once so employed cannot under state statute represent private clients for compensation, including Mr. Hastings. *See* Counsel's Motion To Withdraw.

An Affidavit of Counsel and proposed Order are attached.

DATED this 30th day of June, 2007 at Anchorage, Alaska.

By: /s/ Scott A. Sterling
Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax: (907) 376-8078
Email: scottsterling@alaskalawyers.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of

the ECF system on June 30, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Motion To Re-Set Oral Argument**
**Page 3 of 3**