IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | **ORDER RE:** |
| Defendant. | ) | **MOTION TO** |
| _____ | ) | **RE-SET ORAL ARGUMENT** |

Upon application and good cause shown IT IS HEREBY ORDERED that the motion of counsel for Louis Hastings to re-set the oral argument proceeding set for 11:00 a.m. on July 26, 2007 is GRANTED. That proceeding is hereby VACATED and RE-SET for the hour of \_\_\_\_\_:\_\_\_\_\_a.m./p.m. on the \_\_\_\_\_ day of _____, 2007 in Courtroom \_\_\_\_, United States Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

DATED this \_\_\_ day of _____, 2007 at Anchorage, Alaska.

_____
Deborah M. Smith
United States Magistrate Judge

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Order re:**
**Motion To Re-Set Oral Argument**
**Page 1 of 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of the ECF system on June 30, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Order re:**
**Motion To Re-Set Oral Argument**
**Page 2 of 2**