IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LOUIS HASTINGS, | ) | No. 3:06-cv-37 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FRANK LUNA, | ) ) | **AFFIDAVIT OF COUNSEL:** |
| Defendant. | ) ) | **MOTION TO** |
| _____ | ) | **RE-SET ORAL ARGUMENT** |

Scott A. Sterling being duly sworn declares:

I am counsel for Louis Hastings. This affidavit supports his motion to re-set oral argument. The facts and circumstances cited therein as grounds for the relief requested are all true, correct and complete to the best of my knowledge and belief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Scott A. Sterling

(No notary available)

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Affidavit Of Counsel re:**
**Motion To Re-Set Oral Argument**
**Page 1 of 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of the ECF system on June 30, 2007 upon:

Michael S. McLaughlin
Assistant Attorney General
State of Alaska- Department of Law
Office Of Special Prosecutions & Appeals
310 K Street
Suite 308
Anchorage, Alaska 99501
mike_mclaughlin@law.state.ak.us


And by U.S. Mail, first-class, postage-prepaid upon:

Louis Hastings
Reg. No. 01200
CCA Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

By:/s/ Scott A. Sterling

**Louis Hastings v. Frank Luna**
**No. 3:06-cv-00037 TMB**
**Affidavit Of Counsel re:**
**Motion To Re-Set Oral Argument**
**Page 2 of 2**