Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent Warden Frank Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS DAVID HASTINGS,       )<br>                             )<br>      Petitioner,           )<br>                             )<br>   vs.                       )<br>                             )<br>FRANK LUNA,                  )<br>                             )<br>      Respondent.            )<br>_____) | Case No. 3:06-cv-0037-TMB<br><br>NONOPPOSITION TO COUNSEL'S MOTION TO WITHDRAW |

Respondent, Warden Frank Luna, by and through Assistant Attorney General Michael Sean McLaughlin, does not oppose Respondent's counsel's motion at Docket # 62 to withdraw effective July 30, 2007.

Hastings v. Luna, 3:06-cv-0037-TMB
Page 1

DATED July 3, 2007, at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

        s/ Michael Sean McLaughlin
           Assistant Attorney General
           State of Alaska, Dept. of Law
           Office of Special Prosecutions
             and Appeals
        310 K St., Suite 308
        Anchorage, Alaska 99501
        Telephone: (907) 269-6250
        Facsimile: (907) 269-6270
        e-mail: mike_mclaughlin@law.state.ak.us
        Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on July 3, 2007, a copy of the foregoing NONOPPOSITION TO COUNSEL'S MOTION TO WITHDRAW was served electronically on Scott A. Sterling.

        s/ Michael Sean McLaughlin

Hastings v. Luna, 3:06-cv-0037-TMB
Page 2