```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

__LOUIS D. HASTINGS__          vs.   __FRANK LUNA__

BEFORE THE HONORABLE <u>DEBORAH M. SMITH</u>   CASE NO. <u>3:06-CV-00037-TMB</u>

DEPUTY CLERK/RECORDER:     SAMANTHA LARK

APPEARANCES:    PLAINTIFF: SCOTT A. STERLING

                DEFENDANT: MICHAEL SEAN MCLAUGHLIN

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO DISMISS (DKT 46)/ MOTION
             TO WITHDRAW AS ATTORNEY (DKT 62) HELD 07/27/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:13 p.m. court convened.

Court and counsel heard re Motion to Dismiss (DKT 46) and Motion to withdraw (DKT 62)

Arguments heard

Court heard Defendant's Motion to Dismiss (DKT 46); taken **UNDER ADVISEMENT**.

Court heard Plaintiff's Motion to withdraw (DKT 62); **GRANTED**.

Federal Public Defender to appoint CJA counsel; FPD notified.

Court and counsel heard re copper exposure.

At 3:10 p.m. court adjourned.

DATE: <u>July 27, 2007</u>          DEPUTY CLERK'S INITIALS: <u>sal</u>

Revised 6/18/07