Jerald Lee Brainin - Cal. State Bar #53207
Law Offices, P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702
email: brain.trust@verizon.net

Attorney for Petitioner
Louis Hastings

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS D. HASTINGS,<br><br>        Petitioner,<br><br>              vs.<br><br>FRANK LUNA,<br><br>        Respondent. | CASE No. 3:06-CV-00037-TMB<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

     Notice is hereby given of the entry of the undersigned as appointed counsel for the Petitioner, Louis Hastings, in the above entitled action. All further notice of pleadings, orders, papers, and other material relevant to this action should be directed to and served upon Jerald Brainin, who was appointed by the Alaska Federal Public Defender's Office to represent Mr. Hastings in the district court proceedings.

Dated: August 22, 2007

 

_____
Jerald Brainin, Attorney for
Petitioner Louis Hastings

1